# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1009
_____

JOSHUA W. STAMM,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Jackson County.
Christopher N. Patterson, Judge.

May 13, 2019

PER CURIAM.

Because Appellant was extradited to Ohio, his underlying petition for writ of habeas corpus has been rendered moot and the appeal is dismissed. *See Young v. State*, 104 So. 3d 1100 (Fla. 2d DCA 2012) (unpublished disposition) (dismissing appeal, holding the fact that the defendant was extradited rendered his underlying petition for writ of habeas corpus moot); *see also M.M. v. Wood*, 152 So. 3d 1280, 1281 (Fla. 1st DCA 2015) (concluding that "while the issue [of first impression] may conceivably recur, it will not necessarily evade review if it does so" and declining "to exercise our jurisdiction to address a question that has been rendered moot by petitioner's release from secure detention").

DISMISSED.

B.L. THOMAS, C.J., and BILBREY and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Andy Thomas, Public Defender, and Glen P. Gifford, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Virginia Harris, Assistant Attorney General, Tallahassee, for Appellee.